COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-197-CV

 

IN RE PHILIP KNIGHT, INDIVIDUALLY                                         RELATOR

AND AS EXECUTOR OF THE ESTATE 

OF PAUL A. KNIGHT,
DECEASED                                                           

 

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL 
B:  MCCOY, GARDNER, and WALKER,
JJ. 

 

DELIVERED: 
June 12, 2008  











    [1]See
Tex. R. App. P. 47.4.